People of State of Illinois on Relation of John S. Boyle, State's Attorney of Cook County, Appellant, v. The Board of Election Commissioners of City of Chicago et al., Appellees.

Gen. No. 45,792. 

John S. Boyle, State's Attorney, Cook county, for appellant; John T. Gallagher, Rudolph L. Janega, Arthur F. Manning, and William J. McGah, Jr., Assistant State's Attorneys, of counsel. Opinion by JUSTICE NIEMEYER. Not to be published in full. Opinion filed March 14, 1952; released for publication March 28, 1952.